**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MATTAVIOUS QWAURTEZ WORTHAM                CIVIL ACTION NO. 16-0339-P

VERSUS                                                                    JUDGE S. MAURICE HICKS, JR.

JERRY GOODWIN                                                    MAGISTRATE JUDGE HAYES

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the all objections and responses (Record Documents 13-18) filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (Record Document 1) filed pursuant to § 2241, but construed under § 2254, is hereby **DISMISSED** for Petitioner's failure to exhaust state court remedies.  As such, Petitioner's motions for immediate release from custody (Record Documents 9 & 11) are **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 1st day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE